# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 15, 2006

131160 & (41)(42)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                                SC: 131160
                                                COA: 258400

AARON DANIEL CONLEY,
        Defendant-Appellant.

                                                Ingham CC: 03-001137-FH

_____/

        On order of the Court, the application for leave to appeal the March 16, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions to remand and for appointment of counsel are DENIED.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 15, 2006

                                      Clerk

s1108